**Name: Frank Trammell**

(Trustee)

**Address: 1052 Sierra Gorda Dr, Gallatin, TN 37066**

RECEIVED

MAR 2 7 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**Lien Holder: Nashville Electric Services**

**Lien Holder Address: 1214 Church Street, Nashville, TN 37203**

**Date: MARCH 7TH 2026**

## Notice of Unpaid Lien

I **Frank Trammell** (Trustee) of **Frank Trammell** Revocable Living Trust send you **Lien Holder**, a notice letting you know there is a lien on **Frank Trammell** Assets which includes the following:

**Nashville Electric Services-PAYMENTS**

NO ASSETS OR MONEY Can be Recouped Until The lien of **$1,000,000.00** is PAID IN FULL to The **Frank Trammell** Revocable Living Trust.

If You Violate this notice by NO RESPONSE, taking the Listed Assets or even Send a Letter stating you will still take the Listed asset or assets from **Frank Trammell** after being notified with this notice, you now opt in to paying **Frank Trammell Revocable Living Trust** the **$1,000,000.00** Lien, ALL the money back **Frank Trammell** has

Paid even including the Total Sales Price WITH ASSET PAID OFF ON

YOUR CREDIT in the form of a check with the **Title or Deed** mailed to

**1052 Sierra Gorda Dr. Gallatin, TN 37066.**

**FOR THE RECORD: Frank Trammell OPTS OUT OF ANY AND EVERY
3RD PARTY RIGHTS Lien Holder CONTRACT OR IN BUSINESS WITH**


Thanks, **Frank Trammell**


(Trustee)

Case 3:26-cv-00364   Document 2   Filed 03/27/26   Page 3 of 3 PageID #: 14

**PRIORITY® MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

*Retail*

U.S. POSTAGE PAID
PM
GALLATIN, TN 37066
MAR 26, 2026

37203

$11.95

RDC 03     0 Lb 2.30 Oz     S2324P506726-19

RECEIVED

MAR 27 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Fred D. Thompson U.S. Courthouse and Federal Building
719 Church St.
Suite 1300
Nashville, TN 37203

EXPECTED DELIVERY DAY: 03/28/26

USPS TRACKING® #

EP14H February 2024 Outer Dimension: 10 x 5